46 So.2d 865

**Eddie ROBERTSON v. STATE.**
**6 Div. 918.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to transport.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

49 So.2d 927

**William E. ROBINSON, alias v. STATE.**
**6 Div. 996.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

51 So.2d 918

**Birda ROBINSON, alias Birdie Tyson v. CITY OF BIRMINGHAM.**

**6 Div. 255.**

Court of Appeals of Alabama.
Feb. 27, 1951.

Appeal from Circuit Court, Jefferson County; Malcolm E. Nettles, Special Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 922

**Cope ROBISON v. STATE.**
**8 Div. 838.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 922

**Edward Adbourt ROCKHOLT, alias v. STATE.**
**8 Div. 811.**

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Rape.

Karl T. Tyree, Jr., and Wm. F. Baker, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 38

**Calvin ROPER v. STATE.**
**5 Div. 281.**

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.